182 So. 923

**Charlie CARROLL v. CITY OF ANNISTON.**

**7 Div. 387.**

Court of Appeals of Alabama.
June 14, 1938.

Hugh Walker, of Anniston, for appellant.

H. H. Evans, of Anniston, for appellee.

SAMFORD, Judge.
Affirmed.

179 So. 925

**Joe CARROLL v. CITY OF ANNISTON.**

**7 Div. 373.**

Court of Appeals of Alabama.
Feb. 22, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed.

180 So. 896

**Boizie CARTER v. STATE.**

**1 Div. 296.**

Court of Appeals of Alabama.
April 12, 1938.

Dan McCall, of Mobile, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

178 So. 922

**James Monroe CARTER, alias, etc., v. STATE.**

**6 Div. 229.**

Court of Appeals of Alabama.
Dec. 14, 1937.

SAMFORD, Judge.
Affirmed.

177 So. 918

**James Monroe CARTER, alias, etc., v. STATE.**

**6 Div. 230.**

Court of Appeals of Alabama.
Dec. 14, 1937.

RICE, Judge.
Affirmed.

176 So. 920

**T. D. CASTLEBERRY v. Ethel Lee CASTLEBERRY.**

**4 Div. 354.**

Court of Appeals of Alabama.
Nov. 4, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

188 So. 923

**Joe CATES v. CITY OF HUNTSVILLE.**

**8 Div. 820.**

Court of Appeals of Alabama.
April 18, 1939.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.